1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10  BRIAN S. BUSBY,                    )  Case No.: 5:21-cv-00336-MAR
                                       )
11          Plaintiff,                 )  {PROPOSED} ORDER AWARDING
                                       )  EQUAL ACCESS TO JUSTICE ACT
12      vs.                            )  ATTORNEY FEES AND EXPENSES
                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
13  KILOLO KIJAKAZI,                   )  AND COSTS PURSUANT TO 28
    Acting Commissioner of Social      )  U.S.C. § 1920
14  Security,                          )
                                       )
15          Defendant                  )
                                       )

16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $5,500.00 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE: April 13, 2022

23

THE HONORABLE MARGO A. ROCCONI
24  UNITED STATES MAGISTRATE JUDGE

25

26

-1-